**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Yvonne Lynn Parker, David Parker,                    Civil No. 12-1150 (RHK/JSM)

Plaintiffs,                    **DISQUALIFICATION AND**
**ORDER FOR REASSIGNMENT**

vs.

Analytic Biosurgical Solutions, et al.,

Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  May 14, 2012


s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge